**Order entered March 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01306-CR
No. 05-18-01307-CR
No. 05-18-01308-CR

**GARY LEE CHAPPELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-53354-N, F16-60423-N & F17-76639-N**

## ORDER

Before the Court are appellant's March 15, 2019 motions for a second extension of time to file his brief in cause nos. 05-18-01306-CR and 05-18-01307-CR.[1] We **GRANT** the motions and **ORDER** appellant's brief filed on or before **April 15, 2019**. If appellant's brief is not filed by April 15, 2019, cause nos. 05-18-01306-CR and 05-18-01307-CR may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE

---

[1] Appellant has filed his brief in cause no. 05-18-01308-CR.